1 | Anh Nguyen (SBN 281925)
2 | anguyen@slpattorney.com
  | **STRATEGIC LEGAL PRACTICES**
3 | **A PROFESSIONAL CORPORATION**
  | 1840 Century Park East, Suite 430
4 | Los Angeles, CA 90067
  | Telephone: (310) 929-4900
5 | Facsimile:  (310) 943-3838
6 |
  | Attorney for Plaintiff
7 | JOAN MARLOWE
8 | Warren E Platt (SBN 154086)
  | wplatt@swlaw.com
9 | **SNELL & WILMER LLP**
  | 600 Anton Boulevard, Suite 1400
10 | Costa Mesa, CA 92626
   | Telephone: (714) 318-2229
11 | Facsimile:  (714) 427-7799
12 |
   | Attorney for Defendant
13 | FORD MOTOR COMPANY
14 |
15 |                 **UNITED STATES DISTRICT COURT**
16 |                **CENTRAL DISTRICT OF CALIFORNIA**
17 |
18 | JOAN MARLOWE,                    | Case No.: 2:18-CV-01014-AB-FFM
19 |       Plaintiff,
20 |   vs.                            | **JOINT STIPULATION TO DISMISS CASE**
21 | FORD MOTOR COMPANY; and
   | DOES 1 through 10, inclusive,
22 |
23 |       Defendants.

1  Pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL
2  PROCEDURE, Plaintiff JOAN MARLOWE, by counsel, and Defendant FORD
3  MOTOR COMPANY, by counsel (collectively "the Parties"), hereby move for
4  the entry of the attached proposed Order of Dismissal, dismissing with prejudice
5  all claims in the above-captioned action as between the Parties.

Dated: October 5, 2020       STRATEGIC LEGAL PRACTICES, APC

By: ____*/s/ Anh Nguyen*_____
Anh Nguyen, Esq.
Attorney for Plaintiff
JOAN MARLOWE


Dated: October 5, 2020       SNELL & WILMER LLP

By: ____*/s/: Warren Platt*_____
Warren Platt, Esq.
Attorney for Defendant
FORD MOTOR COMPANY

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Anh Nguyen, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation and Order for Dismissal with Prejudice.